### UNITED STATES of America, Plaintiff–Appellee,

v.

### Paul MCGOWAN, Defendant–Appellant.

No. 05–14390.

D.C. Docket No. 98–00016–CR–AAA–2.

United States Court of Appeals, Eleventh Circuit.

June 30, 2006.

Daniel L. Britt, Jr., Marietta, GA, Richard D. Phillips, Phillips & Kitchings, Ludowici, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before BLACK and PRYOR, Circuit Judges, and CONWAY,* District Judge.

PER CURIAM:

After oral argument and examination of the record and briefs in this case, we conclude the district court did not err in finding that Defendant–Appellant Paul McGowan "failed to proffer any substantial credible evidence to warrant the extraordinary relief of a writ of *error coram nobis."*

AFFIRMED.